NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEERE & COMPANY,**
*Plaintiff-Appellant,*

v.

**BUSH HOG, LLC,**
*Defendant-Appellee,*

AND

**GREAT PLAINS MANUFACTURING INCORPORATED,**
*Defendant-Appellee.*

---

2012-1293

---

Appeal from the United States District Court for the Southern District of Iowa in case no. 09-CV-0095, Senior Judge Charles R. Wolle.

---

**ON MOTION**

---

**ORDER**

The parties jointly move to stay the briefing schedule in 2012-1293 pending *Deer Co. v. Bush Hog*, appeal nos. 2011-1629, -1630, and -1631.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is stayed until a mandate issues in appeal nos. 2011-1629, -1630, and -1631. The parties shall inform the court within 14 days of the final disposition in appeal nos. 2011-1629, -1630, and -1631, how they believe this appeal should proceed.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear appeal nos. 2011-1629, -1630, and -1631 to inform the panel of the related appeal.

FOR THE COURT

<u>APR 2 5 2012</u>

Date

/s/ Jan Horbaly

Jan Horbaly˙
Clerk

cc: Edmund J. Sease, Esq.
    Roderick R. McKelvie, Esq.
    Scott R. Brown, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 5 2012

JAN HORBALY
CLERK